No CV71

A. Edward Ezor
Plaintiff
305 S. Hudson Avenue, Suite 300
Pasadena, CA 91101
Telephone: (626) 568-8098

FILED
2022 FEB -7 PM 2:56
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY _____

Related DDJ

PAID
FEB - 7 2022

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| A. EDWARD EZOR,<br><br>　　　　Plaintiff,<br>v.<br><br>BETTY T. YEE, STATE BAR OF CALIFORNIA, LEAH T. WILSON, JORDAN N. WRIGHT, MELANIE O'DAY, JOSEPH DIMINO, FENGLAN LIU, KRISTEN POFAHL, ROBERT SERTNER, B J HYMES TRUST, and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | Case No. CV22-840-JVS(AGR)<br><br>COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF<br><br>DEMAND FOR JURY TRIAL<br><br>DAMAGES: $ 10,000,000 |

COMES NOW Plaintiff, A. EDWARD EZOR ("EZOR"), and alleges as follows:

### PRELIMINARY ALLEGATIONS

1.　Plaintiff is, and was at all times herein mentioned, an individual residing in the County of Los Angeles, State of California. Plaintiff is, and was at all times relevant hereto, an adult over eighteen years old.

EZOR V. YEE

2. Plaintiff is informed and believes, and thereon alleges, that Defendant BETTY T. YEE ("YEE") is, and was at all times herein mentioned, an individual residing in the County of Sacramento, State of California. Plaintiff is further informed and believes, and upon such information and belief, alleges, that Defendant YEE is, and was at all times herein mentioned, Director of the Franchise Tax Board of the State of California.

3. Plaintiff is informed and believes, and thereon alleges, that Defendant STATE BAR OF CALIFORNIA ("STATE BAR") is, and was at all times herein mentioned, a public corporation under California law. Plaintiff is further advised and believes, and thereon alleges, that the principal office of Defendant STATE BAR is, and was at all times herein mentioned, in the City of San Francisco.

4. Plaintiff is informed and believes, and thereon alleges, that Defendant LEAH T. WILSON ("WILSON") is, and was at all times herein mentioned, a resident of the County of Alameda, State of California. Upon further information and belief, Defendant WILSON is, and was at all times herein mentioned, Executive Director of Defendant STATE BAR and a licensed California attorney.

5. Plaintiff is informed and believes, and thereon alleges, that Defendant JORDAN N. WRIGHT ("WRIGHT") is, and was at all times herein mentioned, an individual residing in the County of San Bernardino, State of California. Upon further information and belief, said Defendant is, and was at all times herein mentioned, a member of the Client Security Fund Commission ("CSFC") established, supervised, managed and operated by Defendant STATE BAR.

6. Plaintiff is informed and believes, and thereon alleges, that Defendant MELANIE O'DAY ("O'DAY") is, and was at all times herein mentioned, an individual residing in the County of Los Angeles, State of California. Upon further information and belief, said Defendant is, and was at all times herein mentioned, a member of CSFC.

7. Plaintiff is informed and believes, and thereon alleges, that Defendant JOSEPH DIMINO ("DIMINO") is, and was at all times herein mentioned, an individual residing in the County of Orange, State of California. Upon further information and belief, said Defendant is, and was at all times herein mentioned, a member of CSFC.

8. Plaintiff is informed and believes, and thereon alleges, that Defendant FENGLAN LIU ("LIU") is, and was at all times herein mentioned, an individual residing in the County of Los Angeles, State of California. Upon further information and belief, said Defendant is, and was at all times herein mentioned, a member of CSFC.

9. Plaintiff is informed and believes, and thereon alleges, that Defendant KRISTEN POFAHL ("POFAHL") is, and was at all times herein mentioned, an individual residing in the County of Solano, State of California. Upon further information and belief, said Defendant is, and was at all times herein mentioned, a member of CSFC.

10. Plaintiff is informed and believes, and thereon alleges, that Defendant ROBERT SERTNER ("SERTNER") is, and was at all times herein mentioned, an individual residing in the County of Los Angeles, State of California.

11. Plaintiff is informed and believes, and thereon alleges, that Defendant B J HYMES TRUST ("TRUST") is, and was at all times herein mentioned, a Living Trust supervised, managed and overseen by Defendant SERNER in the County of Los Angeles, State of California, as Trustee of said Trust.

12. Plaintiff is ignorant of the true names and capacities of Defendants DOES 1 through 10, inclusive, and therefore sues said Defendants by such fictitious names. Plaintiff will amend this Complaint to allege the true names and capacities of Defendants DOES 1 through 10, when this information is ascertained.

13. Plaintiff is informed and believes, and thereon alleges, that each of the DOE Defendants participated or acted in concert with the other named Defendants, and each of them. Said DOE Defendants are therefore responsible and liable in some manner for the acts, occurrences, and/or omissions alleged herein, and have thereby proximately caused damages to Plaintiff, as herein alleged.

14. Plaintiff is informed and believes, and based thereon alleges, that at all times herein mentioned, each of the Defendants was the agent, partner, or employee of each of the other Defendants. In doing the things complained of herein, each of said Defendants was acting within the course and scope of such agency, partnership, or employment. All acts and omissions alleged to have been done by Defendants, and each of them, were done with the consent, knowledge and

ratification of all other Defendants.

15. On or about January 28, 2022, Defendant YEE, acting on behalf of the Franchise Tax Board of California, made a demand for payment on EZOR for the alleged amount of $ 214,478.20. A true and correct copy of said demand for payment is marked and attached hereto as Exhibit 1 and made a part hereof by reference.

16. Exhibit 1 constitutes extrinsic fraud and is illegal, unconscionable and fraudulent, since said amount is and was not owed by EZOR. Further, said demand is against public policy. In addition, there is, and was at all times herein mentioned, no court ordered Judgment or Order upon which this amount could be owed; said amount constitutes a penal or punitive fine entitling EZOR to a jury trial to dispute the alleged indebtedness. Moreover, Defendant YEE knew, or as a reasonable person should have known, that the purported debt is and was not owed by EZOR and constitutes, upon information and belief and at all times relevant hereto, "double dipping" by Defendant SERTNER, individually and as Trustee of TRUST. Moreover, upon information and belief, this alleged false, "retaliatory" indebtedness is being claimed because Defendant YEE and the other named Defendants are, and were at all times herein mentioned, angered by EZOR having other pending federal court litigation exposing the corruption and malfeasance of certain California state officers and employees, and further exposing them to potential significant damages and adverse equitable relief, against their interests.

17. On or about February 7, 2022, EZOR notified the Franchise Tax Board and other interested parties and counsel that he disputed the alleged indebtedness.

## FIRST CAUSE OF ACTION
## (VIOLATION OF CIVIL RIGHTS)
## (AGAINST DEFENDANTS YEE, STATE BAR, WILSON, WRIGHT, O'DAY, DIMINO, LIU, POFAHL)

18. Plaintiff refers to, and incorporates as though fully set forth herein, the preceding Paragraphs and allegations of this Complaint.

19. This is a civil rights complaint for declaratory relief, damages and other

appropriate relief pursuant to 42 U.S.C. 1983 et seq. Plaintiff's civil rights have been violated, as set forth and alleged herein.

20. This Court has jurisdiction in this action pursuant to 42 U.S.C. 1983. Moreover, Plaintiff is an adult residing in this judicial district where much of the tortious, wrongful and unlawful actions alleged herein took place.

21. Plaintiff's constitutional and civil rights were violated as follows, without limitation, as alleged and described herein:

(i) EZOR has been improperly and unlawfully assessed an improper, retaliatory and discriminatory alleged indebtedness, as a direct, legal and proximate result of his exposing corruption and malfeasance in other pending federal litigation.

(ii) EZOR's rights to procedural and substantive due process and equal protection of laws, under the Fourteenth Amendment, the Fifth Amendment, the United States Constitution, the California Constitution and other applicable law, were violated by his not receiving a lawful, fair and correct assessment.

(iii) The alleged indebtedness is, and was at all times herein mentioned, illegal, unconstitutional, void, ultra vires, fraudulent and otherwise unsupportable, because the named Defendants violated their oath, as state actors under authority of state law, to be fair and impartial towards EZOR, had biases and conflicts of interest or the appearance of same towards EZOR, and should have disqualified themselves.

22. The above-referenced Defendants, as state actors, acted unreasonably so as to violate EZOR's constitutionally and federally protected rights, as herein alleged and described.

23. Said Defendants, and each of them, are subject to monetary liability, because they acted unreasonably and unlawfully as state actors to harm Plaintiff. As a direct, legal and proximate result of their misconduct and unlawful, wrongful actions, as hereinbefore alleged, Plaintiff has suffered, and continues to suffer, physical and mental pain and anguish, including severe emotional distress. As stated above, such general damages sustained thereby will be ascertained, at or before trial, according to proof. General damages will be at least 5 Million Dollars, if not more.

24. Said Defendants, and each of them, in harming and injuring Plaintiff as alleged,

acted with malice, fraud and oppression. Therefore, Plaintiff is entitled to an award of punitive or exemplary damages, against said Defendants and each of them, in the amount of $ 3,000,000.

25. Plaintiff is entitled to appropriate declaratory and equitable relief, declaring that his civil and constitutional rights have been violated, as aforesaid, by all the named Defendants, and each of them. In particular, EZOR is entitled to a finding that his civil and constitutional rights were violated and continue to be violated by these Defendants.

26. Plaintiff is entitled to a Temporary Restraining Order, Preliminary Injunction and Permanent Injunction against the aforesaid Defendants, enjoining them from violating his constitutional and civil rights and assessing and enforcing the alleged indebtedness.

## SECOND CAUSE OF ACTION
## (DECLARATORY RELIEF)
## (AGAINST DEFENDANTS SERTNER AND TRUST)

27. Plaintiff refers to, and incorporates as though fully set forth herein, the preceding Paragraphs and allegations of this Complaint.

28. Plaintiff contends, and Defendants SERTNER and TRUST dispute and deny, that said Defendants are required to reimburse monies they received to appropriate government agencies related to and concerning the alleged indebtedness.

29. A judicial declaration is necessary in order to determine the conflicting contentions of the parties as set forth in the above Paragraph.

30. Accordingly, Plaintiff prays that it be adjudged and decreed that the alleged indebtedness is not owed, as claimed in Exhibit 1, and that the conflicting contentions be ruled upon forthwith, in accordance with equity and justice and according to proof.

///
///
///
///
///

## ON FIRST CAUSE OF ACTION FOR VIOLATION OF CIVIL RIGHTS

1. For appropriate declaratory and equitable relief, and a finding that Plaintiff's civil rights have been violated by the named Defendants, and each of them.
2. For general damages against said Defendants, and each of them, according to proof.
3. For punitive damages against said Defendants, and each of them, in the amount of $ 3,000,000.
4. For reasonable attorney's fees, according to proof;
5. For costs of suit incurred herein; and
6. For such other and further relief as the Court may deem proper and just in the premises.

## ON SECOND CAUSE OF ACTION FOR DECLARATORY RELIEF

1. For a judicial determination and declaration as to the respective rights and duties of Plaintiff and the named Defendants.
2. For costs of suit incurred herein; and
3. For such other and further relief as the Court may deem proper and just in the premises.

Dated: February 7, 2022            BY: _____
                                   A. EDWARD EZOR
                                   Plaintiff

FRANCHISE TAX BOARD
PO BOX 1328
RANCHO CORDOVA CA 95741-1328

Notice Date: 01/28/2022

222700410002

(916) 845-4064

# DEMAND FOR PAYMENT - COURT-ORDERED DEBT COLLECTIONS

☐ Check this box and indicate new address on reverse.

A. E EZOR
305 HUDSON AVE
STE 300
PASADENA CA 91101-2910

Account Number: JK-314-2047
Billing Number: CD-9205-34444
Amount Due: $214,478.20

Return the above part with your payment. ↑
Keep this part for your records. ↓

The office listed on this notice referred your court-ordered debt to us for collection. Your account is past due and legal action is pending.

You must pay the amount due within ten days of this notice's date. If we do not receive your payment, we may take the following collection actions:

- Garnish your wages or other sources of income.
- Attach your bank account.
- Seize and sell your real or personal property.
- File a lien to attach to all real property you own or may acquire in California.
- Attach your California state income tax refund or lottery winnings.

The amount due listed may not include all the amounts you owe. If you have questions regarding specific case information or if you disagree with the amount due, call the referring office.

Partial payment will not stop collection action or the addition of interest. If an immediate payment in full creates an undue hardship, call us at (916) 845-4064 (not toll-free).

**TO PAY YOUR AMOUNT DUE**

1. Make your check or money order payable to **Court-Ordered Debt Collections**. Write your full name, account number, and billing number on your payment. Mail your payment with the top portion of this notice to:

   COURT-ORDERED DEBT COLLECTIONS
   FRANCHISE TAX BOARD
   PO BOX 1328
   RANCHO CORDOVA CA 95741-1328

2. To pay online and for other payment options, go to ftb.ca.gov and search for **My COD Account**.

Account Number: JK-314-2047
Billing Number: CD-9205-34444
Amount Due: $214,478.20

Persons with hearing or speech impairments, call TTY/TDD (800) 822-6268.

For more information, go to **ftb.ca.gov** and search for **court-ordered debt**. For your account activity and other online services, search for **My COD Account**.

| Referring Office | Case Number | Amount Due | Phone Number |
|---|---|---|---|
| STATE BAR OF CA | 2012-F-12469-1NR | $77,611.27 | (415) 538-2007 |
| STATE BAR OF CA | 2013-F-10839-1NR | $136,866.93 | (415) 538-2007 |

EXHIBIT 1

8

**FRANCHISE TAX BOARD**
**COURT-ORDERED DEBT COLLECTIONS**

**GENERAL INFORMATION**

The Legislature established Franchise Tax Board's Court-Ordered Debt Collections to help collect delinquent court-ordered debts. These debts include fines, penalties, forfeitures, and restitution orders imposed by the courts for criminal offenses, as well as overdue fines for most vehicle code violations. We collect these debts by withholding wages, levying bank accounts, and seizing real or personal property. (Revenue and Taxation Code Section (R&TC) 19280 and Code of Civil Procedure Section 706.074)

For more information, go to ftb.ca.gov and search for court-ordered debt. For your account activity and other online services, search for **My COD Account**.

**Your Delinquent Court-Ordered Debt**
Your account was referred to us for collection, and you are legally required to pay all current and past due debts. We continue collecting until your debt is paid, or until the referring office instructs us to do otherwise. If an immediate payment in full creates an undue hardship or if you already paid the amount due, call us at (916) 845-4064 (not toll-free).

Persons with hearing or speech impairments, call TTY/TDD (800) 822-6268.

**If you Disagree with the Amount Due**
For specific case information or if you disagree with the amount due, you must call the referring office. Before calling, please have your case number and social security number ready.

**ASISTENCIA EN ESPAÑOL**

Sí usted necesita asistencia adicional en Español, por favor llame al teléfono (916) 845-4064 (cargos aplican).

**FRANCHISE TAX BOARD PRIVACY NOTICE**

The privacy of your personal information is important to us.

**Your Rights**
You have a right to view our records containing your personal information. We must tell you why we ask for your personal information, and if we've shared your information with others. You also have the right to question the accuracy of the information contained in your file.

**Reason for Information Request**
We request your personal information to resolve your delinquent court-ordered debt. It is mandatory that you furnish all requested information. If you fail to comply, we may take legal action to obtain this information. (R&TC Section 19280)

**Information Disclosure**
We may share your personal information to resolve your delinquent debt. We may share your information with employers, financial institutions, process agents, or others who hold assets belonging to you.

**Responsibility for the Records**
The Director of the Revenue Recovery Services Bureau is responsible for maintaining the records for Court-Ordered Debt Collections. To obtain information about your records:

- Write to:

**COURT-ORDERED DEBT COLLECTIONS**
**FRANCHISE TAX BOARD**
**PO BOX 1328**
**RANCHO CORDOVA CA 95741-1328**

- Call (916) 845-4064 (not toll-free).



A. EDWARD EZOR
305 S. HUDSON AVENUE, SUITE 300
PASADENA, CA 91101
Telephone: (626) 568-8098

Court-Ordered Debt Collections
Franchise Tax Board
P.O. Box 1328
Rancho Cordova, CA 95741-1328

February 7, 2022

RE: ILLEGAL AND FRAUDULENT DEMAND FOR PAYMENT IN ALLEGED AMOUNT OF $ 214,478.20; ACCOUNT NO. JK-314-2047; BILLING NUMBER CD-9205-34444

Dear Franchise Tax Board:

The above-referenced debt is not owed, fraudulent and illegal. Furthermore, a representative and employee of FTB acknowledged to me recently telephonically that this alleged debt is not predicated on any valid court judgment. Since same constitutes a penal or punitive fine, I am also entitled to a jury trial to contest same, per federal law and U.S. Supreme Court precedent. Accordingly, suit will be filed in a court of competent jurisdiction, seeking appropriate equitable and monetary relief. Please govern yourselves accordingly.

Very truly yours,

A. EDWARD EZOR

cc: State Bar of California
    Betty T. Yee, State Controller, Chair FTB
    Jozel Brunett, Chief Counsel FTB