UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| A. EDWARD EZOR, | ) | NO. CV 22-840-JVS (AGR) |
|     Plaintiff, | ) | |
| v. | ) | ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| BETTY YEE, et al., | ) | |
|     Defendant. | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the complaint, records on file, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a *de novo* review of those portions of the Report to which Plaintiff has objected and Defendants replied. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS ORDERED as follows:

(1) The State Bar Defendants' motion to dismiss is GRANTED and all claims against them are dismissed without leave to amend;

(2) The Hymes Trust Defendants' motion to dismiss is GRANTED and all claims against them are dismissed without leave to amend and without prejudice; and

(3) The official capacity claims against Defendant Yee for damages are dismissed.

Plaintiff's motion for a stay of proceedings is DENIED to the extent Plaintiff seeks to delay this ruling.[1] (Dkt. No. 51.)

DATED: January 13, 2023

JAMES V. SELNA
United States District Judge

---

[1] Plaintiff's motion for leave to file a First Amended Complaint against new defendants and Defendant Yee's motion for judgment on the pleadings remain pending before the Magistrate Judge.