1
2
3
4
5
6
7                         UNITED STATES DISTRICT COURT
8                       CENTRAL DISTRICT OF CALIFORNIA
9
10 A. EDWARD EZOR,          )     NO.  CV 22-840-JVS (AGR)
11            Plaintiff,    )
12    v.                )    ORDER ACCEPTING FINDINGS AND
                           )    RECOMMENDATIONS OF UNITED
13 BETTY YEE, et al.,       )    STATES MAGISTRATE JUDGE
14            Defendant.   )
15
16
17      Pursuant to 28 U.S.C. § 636, the Court has reviewed the complaint, records on
18 file, the Report and Recommendation of the United States Magistrate Judge,
19 Plaintiff's objections and Defendant Yee's response.  Further, the Court has engaged
20 in a *de novo* review of those portions of the Report to which Plaintiff has objected.
21 The Court accepts the findings and recommendation of the Report.
22      The Court previously dismissed all claims against the State Bar Defendants
23 without leave to amend, dismissed all claims against the Hymes Trust Defendants
24 without leave to amend and without prejudice, and dismissed the official capacity
25 claims against Defendant Yee for damages.  (Order, Dkt. No. 72.)
26      On September 20, 2023, Plaintiff lodged a proposed judgment in favor of all
27 Defendants with costs.  (Dkt. No. 88.)
28

1    Accordingly, IT IS ORDERED as follows:

2    (1) Plaintiff's motion for leave to file an amended complaint (Dkt. No. 51) is

3    DENIED;

4    (2) Plaintiff's motion for disqualification (Dkt. No. 59) is DENIED; and

5    (3) Defendant Yee's motion for judgment on the pleadings under Fed. R. Civ.

6    12(c) (Dkt. No. 65) is GRANTED.

7    IT IS FURTHER ORDERED that judgment be entered dismissing this action

8    with prejudice as to all Defendants with costs.

9

10   DATED:  September 22, 2023   _____

11                                JAMES V. SELNA
                                  United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28