JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| A. EDWARD EZOR,<br><br>    Plaintiff,<br><br>  v.<br><br>BETTY T. YEE, et al.,<br><br>    Defendants. | Case No. 2:22-cv-00840-JVS-AGR<br><br>**JUDGMENT**<br><br>Before Hon. James V. Selna<br>U.S. District Judge |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Judgment is entered in the above-entitled action in favor of Defendants Betty T. Yee, State Bar of California, Leah T. Wilson, Jordan N. Wright, Melanie O'Day, Joseph Dimino, Fenglan Liu, Kristen Pofahl, Robert Sertner and B J Hymes Trust and against Plaintiff, A. EDWARD EZOR, ..i... ....

Dated: September 22, 2023

_____
HON. JAMES V. SELNA
Unites States District Judge